June BRYANT–BUNCH,
Plaintiff–Appellant,

v.

NORTHAMPTON COUNTY SHER-IFF'S DEPARTMENT; Sheriff Wan-die Vincent; Detective Reed; Deputy Parker; Deputy Jane Doe; Magistrate Shearn; Boyd Bennett, Director of Prisons; Lawrence Solomon; Neal Vaughan; Lt. C.A. Coleman; Lt. Pow-ell; Correctional Officer Archer; Cor-rectional Officer Mason; Correctional Officer Phillips, all in their official and individual capacities, Defendants–Appellees.

No. 05–2377.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 18, 2006.

June Bryant–Bunch, Appellant Pro Se. Charles J. Vaughan, Woodland, North Carolina; Grady L. Balentine, James Phil-ip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Ap-pellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**PER CURIAM:**

June Bryant–Bunch seeks to appeal the district court's denial of her motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and cer-tain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bryant–Bunch seeks to appeal is neither a final order nor an ap-pealable interlocutory or collateral order. *See Office of Pers. Mgmt. v. American Fed'n of Gov't Employees,* 473 U.S. 1301, 1303–05, 105 S.Ct. 3467, 87 L.Ed.2d 603 (1985); *Drudge v. McKernon,* 482 F.2d 1375, 1376 (4th Cir.1973). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*